UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Quinn, | File No. 20-cv-563 (ECT/ECW) |
| Plaintiff, | |
| v. | |
| Department of Justice, Civil Rights Division; Justice Department Office of Civil Rights; Minneapolis Police Department; St. Paul Police Department; Ramsey County Sheriff's Office; Ramsey County Government; Catholic Charities; Verizon Wireless; St. Paul Public Library; Department of Human Services State of Minnesota; and Metro Transit Police Department, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

The Court has received the March 18, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. The action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 8, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court